JASPER SHUTTS *versus* PEREZ W. GALLUP.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to dissolve injunction *p. 136.
PAPERS IN FILE: [None]
*Chancery Case* 220 of 1836.

IN THE MATTER OF THE ES-TATE OF STEPHEN MACK, DECEASED

(PHINEAS FISK, TRUSTEE, PETITION-ER).

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for service of notice and copy of petition *p. 137.
PAPERS IN FILE: [None]

MARY ROBINSON *versus* JOHN ROBINSON. . . . .

JOURNAL ENTRIES (1836): *Journal 5:* (1) Bill dismissed *p. 138.
PAPERS IN FILE: [None]

JAMES FULTON *versus* THOMAS PALMER, DAVID C. McKINSTRY, AND GEORGE PALMER.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule to plead, answer, or demur *p. 138.
PAPERS IN FILE: (1) Bill of complaint; (2–3) writs of subpoena and return; (4) demurrer; (5) precipe to set demurrer for argument; (6) motion for rule to answer and for attachment for contempt; (7) plea; (8) precipe to set plea for hearing; (9) motion to refer bill and plea to master; (10) motion to overrule plea; (11) answer; (12) draft of order taking bill as confessed.
*Chancery Case* 222 of 1836.

MARY JUBENVILLE *versus* ANTOINE JUBENVILLE.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Time fixed for hearing, notice ordered served or published *p. 139.
PAPERS IN FILE: [None]